**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 15, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00968-CR

---

## EX PARTE LATASHA LYNETTE BRADFORD, Appellant

---

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 12-CR-1873**

---

## M E M O R A N D U M   O P I N I O N

Appellant Latasha Lynette Bradford has been charged with the offense of theft. The indictment also alleges that appellant has been twice convicted of theft before the commission of the charged offense. The trial court set bond at $60,000. Appellant filed an application for writ of habeas corpus seeking bail reduction, which the trial court denied.

On January 2, 2013, appellant filed a motion to dismiss the appeal as moot. Appellant pleaded guilty and has been sentenced to six months' confinement in the State Jail Division of the Texas Department of Criminal Justice. Appellant's conviction renders the issue of pretrial bond moot. *See Ex parte Morgan*, 335 S.W.2d 766, 766 (Tex. Crim. App. 1960); *Ex parte Bennet*, 818 S.W.2d 199, 200 (Tex. App.—Houston [14th Dist.] 1991, no pet.).

Accordingly, we dismiss the appeal as moot.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and McCally.

Do Not Publish — TEX. R. APP. P. 47.2(b).